Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for ALEKSEY NECHITAYLO, Plaintiff

CRIS C. VAUGHAN, State Bar Number 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Fax: (916) 660-9378

Attorney for JEREMY KHAMPHAY, an individual, d/b/a SWEET DOZENS, Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY NECHITAYLO<br>　　　　Plaintiff,<br><br>vs.<br><br>JEREMY KHAMPHAY, an individual, d/b/a SWEET DOZEN, JOAN P. HARDESTY, an individual, d/b/a WIENER WORKS, FIFTYSEVEN MADISON, LLC, a California limited liability company, and DOES 1 through 20 inclusive,<br>　　　　Defendants. | Case No. 2:13-CV-01002-MCE-CKD<br><br>*Civil Rights*<br><br>**STIPULATION TO EXTEND TIME FOR JOINT STATUS REPORT; ORDER** |

**STIPULATION**

Plaintiff ALEKSEY NECHITAYLO and Defendant JEREMY KHAMPHAY, d/b/a SWEET DOZENS, by and through their attorneys of records, hereby stipulate to extend time for submitting a joint status report as required by the Court's May 21, 2013 Order to August 20, 2013.

**IT IS SO STIPULATED.**

Dated:                              By:          /s/ Irene Karbelashvili
                                    Irene Karbelashvili, Attorney for Plaintiff
                                    ALEKSEY NECHITAYLO


Dated:                              VAUGHAN & ASSOCIATES

                                    By:          /s/Cris C. Vaughan
                                    Cris C. Vaughan, Attorney for JEREMY
                                    KHAMPHAY, d/b/a SWEET DOZENS


**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED. The time for submitting the parties' joint status report is extended to August 20, 2013.

Dated: August 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT