1  Irene Karbelashvili, State Bar Number 232223
   Law Office of Irene Karbelashvili
2  12 South First Street, Suite 413
   San Jose, CA 95113
3  Telephone: (408) 295-0137
4  Fax: (408) 295-0142

5  Attorney for ALEKSEY NECHITAYLO, Plaintiff

6
   CRIS C. VAUGHAN, State Bar Number 99568
7  VAUGHAN & ASSOCIATES
   6207 South Walnut Street, Suite 800
8  Loomis, CA 95650
   Telephone: (916) 660-9401
9  Fax: (916) 660-9378

10
   Attorney for JEREMY KHAMPHAY, an individual, d/b/a SWEET DOZENS, Defendant
11

12              **UNITED STATES DISTRICT COURT**

13              **EASTERN DISTRICT OF CALIFORNIA**

14

15  ──────────────────────────────
    ALEKSEY NECHITAYLO              )   Case No. 2:13-CV-01002-MCE-CKD
16           Plaintiff,              )
                                     )   *Civil Rights*
17  vs.                              )
                                     )   **STIPULATION TO EXTEND**
18  JEREMY KHAMPHAY, an individual,  )   **TIME FOR JOINT STATUS**
    d/b/a SWEET DOZEN, JOAN P.       )   **REPORT; ORDER**
19  HARDESTY, an individual, d/b/a WIENER )
20  WORKS, FIFTYSEVEN MADISON, LLC,  )
    a California limited liability company, and )
21  DOES 1 through 20 inclusive,     )
22           Defendants.             )
                                     )
23  ──────────────────────────────   .

24

25

26

27

28

Page 1 of 2
Case No. 2:13-CV-01002-MCE-CKD

**STIPULATION TO EXTEND TIME FOR JOINT STATUS REPORT**

**STIPULATION**

Plaintiff ALEKSEY NECHITAYLO and Defendant JEREMY KHAMPHAY, d/b/a SWEET DOZENS, by and through their attorneys of records, hereby stipulate to extend time for submitting a joint status report as required by the Court's May 21, 2013 Order to August 20, 2013.

**IT IS SO STIPULATED.**

Dated:                                By:         /s/ Irene Karbelashvili
                                      Irene Karbelashvili, Attorney for Plaintiff
                                      ALEKSEY NECHITAYLO


Dated:                                VAUGHAN & ASSOCIATES

                                      By:         /s/Cris C. Vaughan
                                      Cris C. Vaughan, Attorney for JEREMY
                                      KHAMPHAY, d/b/a SWEET DOZENS

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED. The time for submitting the parties' joint status report is extended to August 20, 2013.

Dated:  August 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT