CRIS C. VAUGHAN, SBN 99568
Vaughan & Associates Law Office
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorney for Defendant, JEREMY KHAMPHAY dba SWEET DOZEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY NECHITAYLO,<br><br>      Plaintiff,<br><br>v.<br><br>JEREMY KHAMPHAY, an individual, dba SWEET DOZEN, et al.,<br><br>      Defendants. | Case No.:  2:13-cv-01002-MCE-CKD<br><br>JOINT REQUEST FOR SETTING OF SETTLEMENT CONFERENCE; ORDER |

The parties have been engaging in settlement discussions but have not reached a settlement agreement.  In an effort to resolve the matter short of trial, Plaintiff, ALEKSEY NECHITAYLO, and Defendant, JEREMY KHAMPHAY dba SWEET DOZEN, by and through their respective counsel, hereby submit this joint request for setting of settlement conference to be heard by any District Court Judge other than the trial judge or any Magistrate Judge including the Magistrate Judge assigned to this case. The parties and their respective counsel request the settlement conference be set as soon as possible and as the court's calendar allows except that both counsel are not available the week of Thanksgiving.

Dated: November 18, 2014                Respectfully submitted,

                                        VAUGHAN & ASSOCIATES LAW OFFICE


                                        By:   /s/ Cris C. Vaughan
                                              CRIS C. VAUGHAN
                                              Attorney for Defendant,
                                              THE WEDUM FAMILY LIMITED
                                              PARTNERSHIP


Dated: November 19, 2014                LAW OFFICE OF IRENE KARBELASHVILI


                                        By:   /s/ Irene Karbelashvili
                                              IRENE KARBELASHVILI
                                              Attorney for Plaintiff,
                                              ALEKSEY NECHITAYLO

                                  ORDER

After having considered the parties' Joint Request for Setting of Settlement Conference, the court refers this case to Magistrate Judge Kendall J. Newman. The parties are directed to contact Judge Newman's chambers to schedule their conference and to submit their respective Settlement Conference statements.

IT IS SO ORDERED.

Dated: December 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT