1  CRIS C. VAUGHAN, SBN 99568
2  VAUGHAN & ASSOCIATES
   6207 South Walnut Street, Suite 800
3  Loomis, CA 95650
   Telephone: 916-660-9401
4  Facsimile: 916-660-9378
5
6  Attorneys for Defendant, JEREMY KHAMPHAY, an individual, dba SWEET DOZEN
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**

10 | ALEKSEY NECHITAYLO, | Case No. 2:13-cv-01002-MCE-CKD |
11 | Plaintiff, | |
12 | v. | JOINT STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE |
13 | JEREMY KHAMPHAY, an individual, dba SWEET DOZEN, JOAN P. HARDESTY, an individual dba WIENER WORKS, FIFTYSEVEN MADISON, LLC, a California limited liability company, and DOES 1 through 20, inclusive, | |
18 | Defendant. | |

19
20     Plaintiff, ALEKSEY NECHITAYLO and Defendant, JEREMY KHAMPHAY dba
21  SWEET DOZEN, hereby stipulate to a Settlement Conference on February 23, 2015 beginning at
22  11:00 a.m. in Courtroom 25, before Magistrate Judge Newman.
23  //
24  //
25  //

Dated:  December 19, 2014			VAUGHAN & ASSOCIATES

					By: /s/ Cris C. Vaughan
					    CRIS C. VAUGHAN
					    Attorney for Defendant,
					    JEREMY KHAMPHAY individually and dba SWEET DOZEN

Dated: December 19 , 2014			LAW OFFICE OF IRENE KARBELASHVILI

					By: /s/ Irene Karbelashvili
					    IRENE KARBELASHVILI
					    Attorney for Plaintiff,
					    ALEKSEY NECHITAYLO

ORDER

After having considered the parties Joint Request for Setting of Settlement Conference, the Court hereby sets a Settlement Conference for February 23, 2015, in front of Magistrate Judge Newman.  The parties are to submit their respective Settlement Conference statements as requested by Magistrate Judge Newman.  Any waiver of disqualification required by Rule 270 shall be filed before the Settlement Conference.

IT IS SO ORDERED.

Dated:  December 29, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE